MARTHA A. SWAIN, appellant,

*v.*

HENRY R. EDMUNDS, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Swain* v. *Edmunds, 8 Dick. Ch. Rep. 142.*

*Mr. Thomas E. French* and *Mr. William H. Corbin,* for the appellant.

*Mr. Howard Carrow,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BARKALOW, BOGERT, NIXON—12.

*For reversal*—None.